UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:20CR342 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. ROHRBAUGH, II | ) | |
| | ) | JOINT PRELIMINARY STATEMENT |
| Defendant. | ) | |

Pursuant to this Court's pretrial order, the United States and Defendant Robert J. Rohrbaugh, II and his attorneys jointly submit the following Preliminary Statement.

    Respectfully submitted,

    MICHELLE M. BAEPPER
    First Assistant United States Attorney

By:  /s/ *Megan R. Miller*
    Megan R. Miller (OH: 0085522)
    Erica D. Barnhill (OH: 0079309)
    Assistant United States Attorneys
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3855/3967
    (216) 522-2403 (facsimile)
    Megan.R.Miller@usdoj.gov
    Erica.Barnhill@usdoj.gov

    */s/ Samuel G. Amendolara (by email consent)*
    Samuel G. Amendolara (OH: 0009316)
    Amendolara & Rafidi
    755 Boardman-Canfield Road, Ste. M-1
    Youngstown, Ohio 44512
    Telephone: 330.423.0409 Ext. 2
    Facsimile: 330.423.0411
    attyamendolara@yahoo.com
    Attorney for Defendant Rohrbaugh

*/s/ Robert E. Duffrin (by email consent)*
Robert E. Duffrin (OH: 0061784)
Whalen Duffrin
755 Boardman-Canfield Road, Ste. M-1
Youngstown, Ohio 44512
Telephone: (330) 454-2136
Facsimile: (330) 961-2246
duffrin@whalenduffrinlaw.com
Attorney for Defendant Rohrbaugh

The United States alleges that Defendant ROBERT J. ROHRBAUGH, II committed violations of federal law as outlined in the Superseding Indictment.

Specifically, Count 1 alleges that Rohrbaugh conspired with others to obtain tax refund checks to which he was not entitled by filing federal income tax returns with the Internal Revenue Service that contained false and fictitious claims for tax refunds. The United States alleges in Count 2 that Rohrbaugh aided and abetted the theft of government property, specifically a $1,352,779 tax refund check. Count 3 alleges that Rohrbaugh made a false claim against the United States by helping to present the unlawfully obtained $1,352,779 tax refund check to KeyBank for payment. And Count 4 alleges that Rohrbaugh conspired with others to launder money by knowingly engaging in a series of financial transactions that involved the proceeds of the unlawful activity.

Defendant Rohrbaugh denies the allegations against him.