PEARSON, J.

FILED
23 JAN 25 PM 12: 36
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:20CR342 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ROBERT J. ROHRBAUGH, II, | ) | |
| | ) | **COUNT 1 VERDICT FORM –** |
| | ) | **DEFENDANT ROBERT J.** |
| | ) | **ROHRBAUGH, II** |
| Defendant. | ) | |

With respect to Count 1 of the Superseding Indictment, in which defendant ROBERT J. ROHRBAUGH, II is charged with Conspiracy to Commit an Offense against the United States, in violation of Title 18, United States Code, Section 371, we, the Jury having been duly impaneled and sworn, find the defendant, ROBERT J. ROHRBAUGH, II:

GUILTY  ☒        NOT GUILTY  ☐

Each of us jurors concurring in said verdict signs his/her name hereto on this 25th day of January, 2023.

PEARSON, J.

FILED
23 JAN 25 PM 12: 36
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 4:20CR342 |
| v. | ) JUDGE BENITA Y. PEARSON |
| ROBERT J. ROHRBAUGH, II, | ) |
| | ) **COUNT 2 VERDICT FORM –** |
| | ) **DEFENDANT ROBERT J.** |
| | ) **ROHRBAUGH, II** |
| Defendant. | ) |

With respect to Count 2 of the Superseding Indictment, in which defendant ROBERT J. ROHRBAUGH, II is charged with Theft of Government Property, in violation of Title 18, United States Code, Sections 641 and 2, we, the Jury having been duly impaneled and sworn, find the defendant, ROBERT J. ROHRBAUGH, II:

GUILTY ☒        NOT GUILTY ☐

Each of us jurors concurring in said verdict signs his/her name hereto on this 25th day of January, 2023.

PEARSON, J.

23 JAN 25 PM 12: 36

CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 4:20CR342 ) |
| v. | ) JUDGE BENITA Y. PEARSON ) |
| ROBERT J. ROHRBAUGH, II, | ) ) **COUNT 3 VERDICT FORM –** ) **DEFENDANT ROBERT J.** ) **ROHRBAUGH, II** |
| Defendant. | ) |

With respect to Count 3 of the Superseding Indictment, in which defendant ROBERT J. ROHRBAUGH, II is charged with False Claims against the United States, in violation of Title 18, United States Code, Sections 287 and 2, we, the Jury having been duly impaneled and sworn, find the defendant, ROBERT J. ROHRBAUGH, II:

GUILTY ☒            NOT GUILTY ☐

Each of us jurors concurring in said verdict signs his/her name hereto on this 25th day of January, 2023.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 4:20CR342 |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| ROBERT J. ROHRBAUGH, II, | ) |
| | ) **COUNT 4 VERDICT FORM –** |
| | ) **DEFENDANT ROBERT J.** |
| | ) **ROHRBAUGH, II** |
| Defendant. | ) |

With respect to Count 4 of the Superseding Indictment, in which defendant ROBERT J. ROHRBAUGH, II is charged with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h), we, the Jury having been duly impaneled and sworn, find the defendant, ROBERT J. ROHRBAUGH, II:

GUILTY  ☒              NOT GUILTY  ☐

Each of us jurors concurring in said verdict signs his/her name hereto on this 25th day of January, 2023.